COTE, J

**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

RECEIVED
JAN 1 4 2008
CHAMBERS OF
DENISE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
KATHLEEN A. MANN,                  :
                                   :
                    Plaintiff,     :
                                   :
        - v. -                     :   STIPULATION AND ORDER
                                   :         OF REMAND
MICHAEL J. ASTRUE,                 :
Commissioner of                    :   07 Civ. 8495 (DLC)
Social Security,                   :
                    Defendant.     :
                                   :
- - - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
     January _, 2008

---

CAROL S. GOLDSTEIN, ESQ.
Attorney for Plaintiff
P.O. Box 525
Monroe, New York 10949
Telephone No. (845)783-1178

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: /s/ _____
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No. (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED: *The Clerk of Court shall close the case.*

_____
UNITED STATES DISTRICT JUDGE
January 14, 2008

```
COPIES SENT TO:

Carol S. Goldstein
P.O. Box 525
Monroe, NY 10949

Susan D. Baird
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY  10007
```