UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KATHLEEN A. MANN,

|  |  |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 1/16/08 | |

                              Plaintiff,          07 **Civ** 8495 (DLC)

            -against-                              **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner of
Social Security,
                              Defendant.


-------------- -------------------------------------------X


        Whereas,  the parties having stipulated to remand this case to the Commissioner, pursuant

sentence four of 42 USC Sec. 405(g) for further administrative proceedings, and the Court on Jan 14

2008 having issued its Stipulated Order directing the Clerk to enter judgment remanding this case

to the Commissioner for further administrative proceedings and directing the Clerk to enter

judgment, it is,

        **ORDERED, ADJUDGED AND DECREED**:  That for the reasons stated in the

Court's Stipulation and Order dated Jan 14, 2008, judgment is hereby entered remanding this case

to the Commissioner for further administrative proceedings, pursuant to sentence four of 42 USC

Sec. 405(g).

**DATED**:  NYC,NY

        JAN 16, 2008                    **J. MICHAEL MC MAHON**

                                        **Clerk of Court**

                                        By: _____

                                            Deputy Clerk


        THIS DOCUMENT WAS ENTERED
        ON THE DOCKET ON _____