```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
KATHLEEN A. MANN,                       :
                        Plaintiff,      :
                                        :   07 Civ. 8495 (DLC)
           -v-                          :
                                        :      ORDER
MICHAEL J. ASTRUE,                      :
Commissioner of                         :
Social Security,                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Plaintiff having filed an application for attorney fees under the Equal Access to Justice Act, it is hereby

ORDERED that any opposition from the defendant is due on or before **March 7, 2008**; any reply is due **March 21, 2008.**

IT IS FURTHER ORDERED that at the time any reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         February 12, 2008

                              _____
                                      DENISE COTE
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/08

COPIES SENT TO:

Carol S. Goldstein
424 North Main Street
P.O. Box 525
Monroe, NY 10950

John E. Gura, Jr.
Susan D. Baird
Assistant United States Attorney
U.S. Attorney's Office
86 Chambers St., 3rd Floor
New York, NY 10007