MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212)637-2713
Fax: (212)637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
KATHLEEN A. MANN,                :
                                 :
            Plaintiff,           :
                                 :    STIPULATION AND ORDER
                                 :
        -v -                     :    07 Civ. 8495 (DLC)
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay plaintiff's counsel, one thousand six hundred one dollars and fifty-seven cents ($1,601.57), in full satisfaction of any

and all claims for attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: New York, New York
February 7, 2008

                                      CAROL S. GOLDSTEIN, ESQ.
                                      Attorney for Plaintiff
                                      P.O. Box 525
                                      Monroe, New York 10949
                                      Telephone No. (845)783-1178

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York
                                      Attorney for Defendant

                              By: _____
                                 SUSAN D. BAIRD
                                 Assistant United States Attorney
                                 86 Chambers Street, 3rd Floor
                                 New York, New York 10007
                                 Telephone No. (212) 637-2713
                                 Susan.Baird@usdoj.gov

SO ORDERED: *The Clerk of Court shall terminate all pending motions.*

_____
United States District Judge

February 15, 2008

COPIES SENT TO:

Carol S. Goldstein
424 North Main Street
P.O. Box 525
Monroe, NY 10950

Susan D. Baird
Assistant United States Attorney
U.S. Attorney's Office
86 Chambers St., 3rd Floor
New York, NY 10007